IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARRIE SIDBERRY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-6588 |
| | : | |
| CAROLYN W. COLVIN | : | |
| *ACTING COMMISSIONER OF SOCIAL* | : | |
| *SECURITY* | : | |

**ORDER**

AND NOW, this 3rd day of March, 2015, upon consideration of Plaintiff Carrie Sidberry's Brief and Statement of Issues in Support of Request for Review, Defendant's response thereto, and Plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, to which no objections have been filed,[1] it is ORDERED:

1.    The Report and Recommendation (Document 16) is APPROVED and ADOPTED;

2.    Plaintiff's Request for Review (Document 11) is DENIED;

3.    Judgment is entered in favor of the Defendant; and

4.    The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


_____/s/ Juan R. Sánchez_____
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was filed on February 12, 2015, and was sent to all parties of record on February 13, 2015, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within fourteen days after service of the Notice.  *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof.").  As of today's date, no objections have been filed.